HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. McGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERNEDINA MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00341-AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND SURRENDER DATE |
| v. | |
| ERNEDINA MADRIGAL, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the surrender date of Ms. Ernedina Madrigal may be extended from January 12, 2015 to **February 2, 2015 before 2:00 p.m.**

This court sentenced Ms. Madrigal to ten months in custody on August 25, 2014, after she entered a plea of guilty to social security fraud.  She was given time to turn herself in to the Bureau of Prisons and her surrender date is January 12, 2015.  On January 6, 2015, when she paid the rent, she was unexpectedly served with a three day notice based on her barking dogs.  She needs to move into a new apartment with her son and get him settled in the new place with the caregiver she has hired to care for him in her absence.  She believes she can accomplish this and turn herself in by February 2, 2015 at 2:00 p.m.

Counsel for Ms. Madrigal contacted the government as soon as she received copies of the eviction papers which were provided to the prosecutor, who does not object to this request.

| | |
|---|---|
| DATED:   January 8, 2015 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | |
| | */s/ Christopher Baker* |
| | CHRISTOPHER BAKER |
| | Assistant U.S. Attorney |
| | Attorney for Plaintiff |
| | |
| DATED: January 8, 2015 | HEATHER E. WILLIAMS |
| | Federal Defender |
| | |
| | */s/ Ann H. McGlenon* |
| | ANN H. MCGLENON |
| | Assistant Federal Defender |
| | Attorney for Defendant |
| | Ernedina Madrigal |

## O R D E R

**IT IS SO ORDERED**.  Ernedina Madrigal's surrender date is extended to February 2, 2015.  Ms. Madrigal shall surrender for service of her sentence at the institution designated by the United States Bureau of Prisons before 2:00 p.m. on February 2, 2015.  All other conditions of her release shall remain in effect.

IT IS SO ORDERED.

Dated:   January 8, 2015                                   _____
                                                                              SENIOR DISTRICT JUDGE